**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7371**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

KEVIN TERRELL JACKSON,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville. Malcolm J. Howard, District Judge. (CR-93-45-H, CA-96-103-4-H)

---

Submitted: April 8, 1997          Decided: May 19, 1997

---

Before WILKINS, HAMILTON, and LUTTIG, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

John Joseph Butler, PARKER, POE, ADAMS & BERNSTEIN, Raleigh, North Carolina, for Appellant. Bruce Charles Johnson, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal. <u>United States v. Jackson</u>, Nos. CR-93-45-H; CA-96-103-4-H (E.D.N.C. July 3, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>